UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | X<br>:<br>: |
|    FEIGE GREEN | :   Chapter 7<br>:   Case No.: 1−13−44897−ess |
|                             Debtor. | :   Judge: Stong, Elizabeth |
| SS No.: xxx-xx-6529 | :<br>X   **CERTIFICATE OF SERVICE** |

STATE OF NEW YORK   )
                               ) ss: Brooklyn
COUNTY OF KINGS    )

     I, Joseph Y. Balisok, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that on June 14, 2019, I caused to be served a copy of 1) Affirmation Of Feige Green In Further Support, 2) Debtor's Reply In Further Support Of Her Order To Show Cause, upon each of the parties listed on the "service-list" below by depositing true copies of same in sealed envelopes, with postage pre-paid thereon, in an official depository of the United States Postal Service within the Borough of Brooklyn, City and State of New York.

Dated: Brooklyn, New York
        June 14, 2019                       /s/ *Joseph Y. Balisok*
                                                      Joseph Y. Balisok, Esq.
                                                        BALISOK & KAUFMAN PLLC
                                                        251 Troy Avenue
                                                        Brooklyn, New York 11213
                                                        Phone: (718) 928-9607
                                                        Fax: (718) 534-9747
                                                        Email: Joseph@lawbalisok.com

**SERVICE LIST**

Atlas Acquisitions LLC
Attn: Avi Schild
294 Union St.
Hackensack, NJ 07601

JP Morgan Chase Bank, N.A.
Attn: Andrew B. Helfand, Esq.
Helfand & Helfand
350 Fifth Avenue, Suite 5330
New York, New York